THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO MURRAY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Deeley, J.), rendered April 14, 1986, convicting him of robbery in the second degree (two counts) and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions challenging the trial court's charge to the jury have not been preserved for appellate review *(see,* CPL 470.05 [2]; *People v Harrell,* 59 NY2d 620, 622) and we decline to review them in the interest of justice.

Further, we find that the trial court properly imposed a mandatory felony surcharge upon the defendant in accordance with Penal Law § 60.35 *(see, People v Williams,* 131 AD2d 525, *lv denied* 70 NY2d 718). "If, at the conclusion of his imprisonment, the defendant finds himself unable to pay the surcharge, he may move at that time for a waiver thereof" *(People v Williams, supra,* at 525; *People v West,* 124 Misc 2d

622). Lawrence, J. P., Kunzeman, Kooper and Spatt, JJ., concur.